UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETRA YOURNET,

        Plaintiff,         Case no. 07-13087
                                    Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,

_____/

ORDER ADOPTING MAGISTRATE JUDGE MAJZOUB'S
REPORT AND RECOMMENDATION

The Court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(3), has reviewed Magistrate Judge Majzoub's July 15, 2008 report and recommendation as well as Plaintiff's objections filed July 25, 2008, and upon review;

IT IS HEREBY ORDERED that the report and recommendation is ACCEPTED AND ADOPTED by this Court.

IT IS FURTHER ORDERED that Plaintiff's motion for summary judgment is DENIED, Defendant's motion for summary judgment is GRANTED, and this case DISMISSED.


                                                s/John Corbett O'Meara
                                                United States District Judge

Date: August 13, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 13, 2008, by electronic and/or ordinary mail.

                                                  s/William Barkholz
                                                  Case Manager